# Civil Suit

In the amount of one million dollars $1,000,000 due to the ongoing pandemic

Hector A Jesus
*Request to Sue Pro Se*
Packet, Contra Costa County Detention Facilities

Why Did WCDF Disclosed my Medical History with

Other Inmates Violation of HIPPA Laws currently not Authorized to confirmed

My Infection was a major violation of human rights
*Seeks Money Damages* Also Civil Liberty and Also Violated Privacy Act by Disclosing the Test Results Medical Corruption
*Medical Neglect*

Hector A Jesus CC21MU784#
555 Richmond hwy CA 94806

To Office of The Clerk U.S
District court Northern
District of California
450 Golden Gate Ave
San Francisco California

OAKLAND CA 945
7 SEP 2021 PM 6 L

RECEIVED
SEP 09 2021
SUSAN Y. S[...]
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

