UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JESUS,<br><br>　　　　　Plaintiff. | Case No. 21-cv-07139-HSG<br><br>**ORDER OF DISMISSAL** |

On September 15, 2021, Plaintiff filed a letter with this Court, complaining that Contra Costa County detention facilities had violated his human rights and HIPAA law, and committed medical neglect. Dkt. No. 1. The Court construed this letter as an attempt to file a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. That same day, the Court informed Plaintiff that this action was deficient because he not filed the complaint on the proper form, and because he had neither paid the filing fee nor filed an application to proceed *in forma pauperis*. Dkt. Nos. 2, 3. Plaintiff was instructed to, within twenty-eight days of the notices, submit a complaint on the proper form, and either pay the filing fee or file an application to proceed *in forma pauperis*. Dkt. Nos. 2, 3. Plaintiff was informed that the failure to comply with these notices would result in dismissal of this action. Dkt. Nos. 2, 3. The Court provided Plaintiff with a copy of the unsigned complaint, a blank *in forma pauperis* application, and a post-paid return envelope. Dkt. Nos. 2, 3.

The deadline has passed, and Plaintiff has not submitted a complaint on the proper form. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must be accompanied by a complaint on the proper form, and either the filing fee or an application to proceed *in forma pauperis*.

1 The Clerk shall enter judgment and close the file.

2 **IT IS SO ORDERED.**

3 Dated: 10/20/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge