# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JESUS,<br><br>            Plaintiff. | Case No. 21-cv-07139-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/20/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge